UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VERNIE LEE BURNS, JR.,

        Plaintiff,

-vs-                                          Case No. 6:07-cv-91-Orl-28KRS

DOUBLE T BOBCAT, INC., and
ANTHONY TORIBIO,

        Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement, Motion to Dismiss Case with Prejudice and Enter Consent Final Judgment (Doc. No. 28) filed January 25, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 28, 2008 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement, Motion to Dismiss Case with Prejudice and Enter Consent Final Judgment is **GRANTED in part** and **DENIED in part.**

3. The Court finds that the amount received by Plaintiff under the terms of the settlement agreement, is a fair and reasonable resolution of his bona fide dispute over FLSA issues.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __15__ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party